# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 1609 | **DATE** | 3/19/2004 |
| **CASE TITLE** | USA ex rel. Christopher Robinson vs. Jerry L. Sternes, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due _____. Reply to answer brief due _____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. Robinson is ordered to pay the $5 filing fee on or before April 9, 2004 (or if he cannot afford to make such payment, though that would seem unlikely, Robinson must file an in forma pauperis application by the same date). This Court orders respondent Warden Jerry Sternes to file an answer or other pleading on or before April 26, 2004 (see Section 2254 Rule 5).

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | MAR 22 2004 | 4 |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | *[deputy initials]* | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | 3/19/2004 date mailed notice | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA ex rel. )
CHRISTOPHER ROBINSON, )
)
Petitioner, )
)
v. ) No. 04 C 1609
)
JERRY L. STERNES, et al., )
)
Respondents. )

MAR 2 2 2004

MEMORANDUM ORDER

Christopher Robinson ("Robinson") has filed a self-prepared 28 U.S.C. §2254 ("Section 2254") Petition for Writ of Habeas Corpus ("Petition"), challenging the state court murder conviction on which he is currently serving a 40-year sentence. After having reviewed the Petition and related state court documents[1] in accordance with Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts ("Section 2254 Rules"), this Court has determined that the Petition does not appear to be facially deficient.[2] It therefore orders respondent Warden Jerry Sternes to file an answer or other pleading on or before April 26, 2004 (see Section 2254 Rule 5).

---

[1] In that respect the Illinois Appellate Court for the First District has been good enough to honor this Court's request for certain unpublished orders issued in connection with Robinson's post-conviction efforts in the state court system.

[2] This threshold determination should not of course be mistaken for a ruling, or even an implication as to an ultimate ruling, as to the substantive viability of Robinson's present claims.



Although a responsive pleading has been ordered here, this Court notes that Robinson has neither paid the required filing fee nor submitted an in forma pauperis application. Because the filing fee is so modest (only $5), it seems fair to assume that Robinson should have no difficulty with its payment. Accordingly Robinson is ordered to pay the $5 filing fee on or before April 9, 2004 (or if he cannot afford to make such payment, though that would seem unlikely, Robinson must file an in forma pauperis application by the same date). That amount must be remitted via check or voucher payable to "Clerk, United States District Court" and mailed to 219 South Dearborn Street, Chicago 60604, attention: Fiscal Department (clearly identifying Robinson's full name and Case No. 04 C 1609).

---
Milton I. Shadur
Senior United States District Judge

Date: March 19, 2004